**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| ROMEO ARTURO JOVEL-AGUILERA, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> JEFFREY CRAWFORD, ) <br> Warden, Farmville Detention Center, ) <br> *et al.*, ) <br> ) <br> Respondents. ) <br> _____ ) | Civil Action No. 1:25cv1950 |

## ORDER

Upon consideration of Federal Respondents' Consent Motion for Vacatur Based on Intervening Events, and for good cause shown, it is hereby

**ORDERED** that this Court's order of November 5, 2025 (Dkt. No. 2), to the extent that it enjoined respondents from removing petitioner from this district, is hereby **VACATED**; and it is hereby

**ORDERED** that this Court's order of December 16, 2025 (Dkt. No. 7), to the extent that it mandated the provision of a bond hearing by an Immigration Judge for petitioner, is hereby **VACATED**.

The Clerk is directed to forward copies of this Order to all counsel of record.

Alexandria, Virginia
December 18, 2025

Anthony J. Trenga
Senior U.S. District Judge